UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GERALD CONROD THORNTON,  )
                         )
        Plaintiff,       )
                         )
    v.                   )    No. 4:16-CV-2169 RLW
                         )
UNITED STATES,           )
                         )
        Defendant.       )

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action against the United States. The motion is granted. Additionally, this action is dismissed under 28 U.S.C. § 1915(e).

**Standard of Review**

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

**The Complaint**

The complaint is incomprehensible. However, it appears that plaintiff may be complaining that he was denied certiorari by the Supreme Court of the United States. He also refers to the United States as "Master" and mentions his status as a United States citizen.

In addition, he has filed a "Motion for Citizenship Confirmation." He has attached his birth certificate and other documents. It appears he is asking the Court to make a determination as to his citizenship.

**Discussion**

The Complaint is legally frivolous. The Court has no jurisdiction to determine whether plaintiff was properly denied certiorari or whether he is a citizen of the United States. Therefore, this action must be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's "Motion for Citizenship Confirmation" [ECF No. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 27th day of February, 2017.

Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE